**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re:<br><br>    Timothy Wayne Davis,<br><br>    Debtor. | Case No. 23-50915-KMS<br><br>Chapter 13 |

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

THIS CAUSE is before the Court on the Motion for Relief from Automatic Stay to the Extent of Insurance Coverage of the Movant, Anthony Clark, Jr., and with the agreement of the Creditor, Anthony Clark, Jr., the Trustee, David Rawlings, and the Debtor, Timothy Wayne Davis, to enter into an Agreed Order lifting the terms and provisions of the automatic stay (to the extent the stay is applicable herein) related to the pre-petition litigation between Anthony Clark, Jr. and the debtor, Timothy Wayne Davis, for the limited purpose of allowing the Movant to continue the pre-petition litigation against the debtor for claims covered by the debtor's insurance company, if any, and the Court being advised in the premises is of the opinion that the Motion is well taken and should be sustained, it is accordingly,

ORDERED, ADJUDGED AND DECREED that the terms and provisions of the automatic stay as set forth in 11 U.S.C §362, as they relate to the Debtor are hereby lifted for the limited purpose to allow the pre-petition litigation against the Debtor initiated by Anthony Clark, Jr. for the claims covered by the Debtor's insurance company (but not beyond the limits of coverage contained in the policy), which is currently pending.

##END OF ORDER##

Agreed:

s/Kannan Stubbs
Counsel for Anthony Clark, Jr.

s/
Counsel for Timothy Wayne Davis


_____
David Rawlings, Trustee


Submitted by:

Wade Underwood (MB#105732)
201 Main Avenue North
P. O. Box 1688
Magee, MS 39111
P. (601) 849-3993
F. (601) 849-3633
wade@stubbsms.com

