UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: TIMOTHY DAVIS,　　　　　　　　　　CASE NO. 23-50915-KMS
　　　　DEBTOR　　　　　　　　　　　　　　　　CHAPTER 13

## WITHDRAWAL OF PROOF OF CLAIM (12)

COMES NOW, MDHS-DCSE, and respectfully withdraws the Proof of Claim No. 12, filed on September 18, 2025, as the claim was filed in error.

RESPECTFULLY SUBMITTED, this the 18th day of September 2025.

　　　　　　　　　　　　　　　　　　　/s/ Constance L Morrow
　　　　　　　　　　　　　　　　　　　Constance L Morrow, MSB #104815
　　　　　　　　　　　　　　　　　　　Senior Attorney, MDHS
　　　　　　　　　　　　　　　　　　　P.O. Box 352
　　　　　　　　　　　　　　　　　　　Jackson, MS 39205
　　　　　　　　　　　　　　　　　　　601-359-4485
　　　　　　　　　　　　　　　　　　　Fax: 601-359-4370
　　　　　　　　　　　　　　　　　　　constance.morrow@mdhs.ms.gov

## **CERTIFICATE OF SERVICE**

I, Constance L Morrow, representative for Creditor, MDHS-DCSE, do hereby certify that I have this date either emailed a true and correct copy or electronically mailed through ECF, a copy of the attached foregoing Withdrawal of Claim, to the following:

Thomas Carl Rollins
Attorney for Debtor

David Rawlings
Chapter 13 Trustee

This, the 18th day of September 2025.

/s/ Constance L Morrow