**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Timothy Wayne Davis, Debtor** **Case No. 23-50915-KMS**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: September 24, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Timothy Wayne Davis, Debtor** **Case No. 23-50915-KMS**
**CHAPTER 13**

# MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on June 28, 2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtors' priority and secured claims have been paid in full pursuant to the terms of the confirmed plan.
3. That the Trustee filed a Motion to Modify (Dk# 66) to increase the distribution to unsecured creditors.
4. That Debtor is a below-median debtor.
5. That Debtor wishes to modify the confirmed plan to reduce the terms of the plan from 60 months to those necessary to pay secured and priority creditors, in accordance with the confirmed plan.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on September 23, 2026, to:

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
TIMOTHY WAYNE DAVIS

CASE NO: 23-50915

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/24/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/24/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TIMOTHY WAYNE DAVIS

CASE NO: 23-50915

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/24/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/24/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50915
SOUTHERN DISTRICT OF MISSISSIPPI
THU SEP 24 12-15-52 PST 2026

MISSISSIPPI DEPARTMENT OF HUMAN SERVICES
PO BOX 352
JACKSON MS 39205-0352

PRA RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK VA 23541-1067

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

(P)21ST MORTGAGE CORPORATION
PO BOX 477
KNOXVILLE TN 37901-0477

ACIMA CREDIT
9815 S MONROE ST
4TH FLOOR
SANDY UT 84070-4384

ADVANCE FINANCIAL ADMINISTRATION LLC
CO WEINSTEIN RILEY PS
2001 WESTERN AVENUE SUITE 400
SEATTLE WA 98121-3132

ADVANCED FINANCIAL 24
100 OCEANSIDE DR
NASHVILLE TN 37204-2351

AFFIRM INC
650 CALIFORNIA ST
FL 12
SAN FRANCISCO CA 94108-2716

AFFIRM INC
ATTN BANKRUPTCY
30 ISABELLA ST
FLOOR 4
PITTSBURGH PA 15212-5862

ANTHONY CLARK ET AL
CO STUBBS LAW FIRM
PO BOX 1688
MAGEE MS 39111-1668

BABERS LEASING
821 HARDY ST
HATTIESBURG MS 39401-3668

COMENITY
PO BOX 182273
COLUMBUS OH 43218-2273

COMMUNITY CHOICE FINAN
3275 HWY 49 S
STE 40
COLLINS MS 39428-3776

COMMUNITY CHOICE FINANCIAL
PO BOX 535
DUBLIN OH 43017-0535

COVINGTON COUNTY BANK
PO DRAWER 1599
COLLINS MS 39428-1599

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

EMERGENT BUSINESS GROU
PO BOX 190
HORSHAM PA 19044-0190

FIRST TOWER LOAN LLC
PO BOX 320001
FLOWOOD MS 39232-0001

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

MSDHS
ATTN CONSTANCE MORROW
PO BOX 352
JACKSON MS 39205-0352

MARCIE DAVIS
860 COLD SPRING RD
COLLINS MS 39428-4602

MAX LEND
PO BOX 639
PARSHALL ND 58770-0639

MIDLAND CREDIT MANAGEM
PO BOX 60578
LOS ANGELES CA 90060-0578

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

~~EXCLUDE~~

~~(D)MISSISSIPPI DEPARTMENT OF HUMAN SERVICES~~
~~PO BOX 352~~
~~JACKSON MS 39205-0352~~

ONEMAIN FINANCIAL GROUP LLC AS SERVICER FOR
ONEMAIN FINANCIAL ISSUANCE TRUST 20192
ONEMAIN
PO BOX 3251
EVANSVILLE IN 47731-3251

PRA RECEIVABLES MANAGEMENT LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PRIORITYONE BANK
POB 516
MAGEE MS 39111-0516

RESURGENT CAPITAL
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

SAPIENTES FUNDING II LLC
CO WAKEFIELD ASSOCIATES LLC
PO BOX 51272
KNOXVILLE TN 37950-1272

SOUTH CENTRAL CLINICS
PO BOX 1649
LAUREL MS 39441-1649

SOUTHERN FINANCIAL SYS
PO BOX 15203
HATTIESBURG MS 39404-5203

SUMMIT FINANCIAL
2109 B ST
MERIDIAN MS 39301-5928

SUMMIT FINANCIAL SERVICES CORP
105 S 16TH AVE SUITE C
LAUREL MS 39440-4170

TAMMIE BULLOCK
435 WALTER LOTT RD
SEMINARY MS 39479-4447

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

~~EXCLUDE~~

~~(U)ANTHONY CLARK~~

~~EXCLUDE~~

~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

~~EXCLUDE~~

~~(U)JENNIFER MCDUFFIE~~

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

DEBTOR

TIMOTHY WAYNE DAVIS
860 COLD SPRINGS RD
COLLINS MS 39428-4602