**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Timothy Wayne Davis, Debtor** **Case No. 23-50915-KMS**
**CHAPTER 13**

**AMENDED RESPONSE**

COMES NOW, Debtor, by and through counsel, and responds to the Trustee's Motion to Modify Plan (dk # 66) as follows:

1. Debtor commenced this case on 06/28/2023 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor objects to the Trustee's requested Motion to Modify (Dk# 66) as currently proposed.
3. Debtor filed a Motion to Modify Chapter 13 Plan (Dk# 67) to address the issues raised to proposed terms that are appropriate under the circumstances.
4. Debtor respectfully requests that the Court deny the Trustee's Motion to Modify Plan without prejudice to Debtor's forthcoming modification.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

# CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Amended Response was forwarded on October 9, 2026, to:

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.