**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Timothy Wayne Davis, Debtor** **Case No. 23-50915-KMS**
**CHAPTER 13**

**<u>ORDER MODIFYING CHAPTER 13 PLAN</u>**

THIS CAUSE having come on this date on the Debtor's Motion to Modify Plan (DK #_67), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion to Modify Plan is granted. The Debtor's plan term shall be shortened once the Trustee has disbursed all payments to secured, priority and allowed unsecured creditors in accordance with the confirmed plan. This Order binds those creditors and parties in interest that have been properly served

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR