# Proceeding Minutes / Proceeding Memo

**Case #:** 23-50915 **Case Name:** Timothy Wayne Davis

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 9/18/2026 Filed by Trustee David Rawlings Objections due 10/19/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #66)

Amended Response filed by the Debtor (Dkt. #69)

---

Minute Entry Re: (related document(s): [66] Motion and 30 Day Notice to Modify Plan filed by David Rawlings)Rawlings to submit an Agreed Order. Order due by 12/01/2026. Called in by Rawlings. (mcc)